**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>Plaintiffs,<br><br>-against-<br><br>CREDIT PROTECTION TRUST 207, FSA ADMINISTRATIVE SERVICES, LLC, as Trustee for the CREDIT PROTECTION TRUST 207 and FINANCIAL SECURITY ASSURANCE INC. n/k/a ASSURED GUARANTY MUNICIPAL CORPORATION,<br><br>Defendants. | Adv. Proc. No. 12-01980 |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7007.1-1, Defendants Assured Guaranty Municipal Corp. (f/k/a Financial Security Assurance Inc.) ("Assured"), FSA Administrative Services, LLC ("FSA Admin"), and Credit Protection Trust 207 ("CPT 207") through their undersigned attorneys, make the following disclosures pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure:

1. The following corporations directly or indirectly own 10% or more of any class of Assured's equity interests: Assured Guaranty Municipal Holdings Inc., Assured Guaranty US Holdings Inc., AG Corporate Holdings LLC, and Assured Guaranty Ltd.

2. The following corporations directly or indirectly own 10% or more of any class of FSA Admin's equity interests: FSA Portfolio Management Inc., Assured Guaranty Municipal Holdings Inc., Assured Guaranty US Holdings Inc., AG Corporate Holdings LLC, and Assured Guaranty Ltd.

3. No corporation directly or indirectly owns 10% or more of any class of CPT 207's equity interests.

Dated: New York, New York
January 25, 2013

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: ______________________________

Thomas J. Moloney
Roger A. Cooper
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for Defendants Assured Guaranty Municipal Corp., FSA Administrative Services, LLC, and Credit Protection Trust 207*